UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EAGLE WEST INSURANCE COMPANY, as subrogee of Brian C. Fosberg,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. C18-1573 RSM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR INITIAL SCHEDULING DEADLINES |

This matter comes before the Court on Plaintiff's Motion for Extension of Time. Dkt. #7. Plaintiff moves to extend deadlines for initial disclosures and the joint status report. Defendant United States of America has not responded because it has not made an appearance. Plaintiff states that Defendant has been served, however a review of the docket indicates that the Summons and Complaint have only been delivered to the Attorney General in Washington D.C. *See* Dkt. #5. There is no evidence that these documents have been delivered or mailed to the United States attorney in this district, as is required by Rule 4(i). *See* Fed. R. Civ. P. 4(i). Accordingly, the Court believes Plaintiff has failed to serve the United States. Until Plaintiff properly serves the United States, it cannot argue good cause for an extension of these now-

ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR INITIAL SCHEDULING DEADLINES - 1

expired deadlines. Failure to timely serve the United States, without good cause for the delay, may result in the eventual dismissal of this case without prejudice. *See* Fed. R. Civ. P. 4(m).

Having reviewed the relevant briefing and the record, the Court hereby finds that good cause exists and ORDERS that Plaintiff's Motion for Extension of Time (Dkt. #7) is DENIED. Nothing in this Order prevents Plaintiff from seeking similar relief again once it can demonstrate good cause.

DATED this 2nd day of January 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE